# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT ANDRESS,     *Plaintiff*, | : : : | CIVIL ACTION NO. 18-3691 |
| v. | : : | |
| ANDREW SAUL, Commissioner of Social Security,     *Defendant*. | : : : | |

## ORDER

AND NOW, this 28th day of May, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 8), Defendant's Response to the Request for Review of Plaintiff (ECF No. 12), Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (ECF No. 13), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 15), Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (ECF No. 16), and Defendant's Response to Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (ECF No. 18), it is hereby ORDERED as follows:

1. Plaintiff's Objections to the Report and Recommendation (ECF No. 16) are OVERRULED for the reasons set forth in the accompanying Memorandum.

2. The Report and Recommendation is APPROVED and ADOPTED.

3. The final decision of the Commissioner denying disability benefits to Plaintiff is AFFIRMED.

4. Plaintiff's Motion for Summary Judgment (ECF No. 8) is DENIED.

5. Defendant's Unopposed Motion for Enlargement of Time to File Response (ECF No. 11) is GRANTED.

6. The Clerk of Court shall mark this case CLOSED.

                                                BY THE COURT:

                                                /s/ C. Darnell Jones, II
                                                C. Darnell Jones, II   J.